Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 5136 | **DATE** | 5/11/2005 |
| **CASE TITLE** | Lynch   v   Young, et al | | |

**DOCKET ENTRY TEXT:**

Status hearing held and continued to 6/8/2005, at 9:00 a.m.  Motion of defendants Young and Kellogg to vacate default order is granted.  This Court vacates all defaults.  Plaintiff's motion for rule to show cause against Cook County Sheriff Dept. is withdrawn.  Plaintiff is granted leave to file third amended complaint. Response is due by 5/25/2005.  Joint status report is due by 5/25/2005.
[Docketing to mail notice]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|