Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 04 C 5136 | **DATE** | 9/13/2006 |
| **CASE TITLE** | Lynch, et al. Vs. Young, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to modify discovery schedule and to have certain facts deemed admitted by the City of Harvey and Eric Kellogg is denied. Roger L. Brown's motion to withdraw as counsel for Sammie L. Young is denied without prejudice. Defendant Young to respond to all discovery on or by 10/11/06. Discovery cutoff extended to 10/31/06. Status hearing reset to 10/31/06 at 10:00 a.m. Status hearing set for 10/10/06 is stricken. Roger L. Brown is to seek admission to the bar of the Northern District of Illinois within 28 days, bring in additional counsel, or renew his motion to withdraw. In connection with Judge Gettleman's 7/27/06 memorandum opinion and order, this Court recommends as a "less severe sanction" that Plaintiff's counsel be required to meet with a senior attorney in the community and request the attorney to mentor him for a period of six months to improve his docketing and management practices in order to avoid future "no-shows". In addition, Plaintiff's counsel shall prepare a letter to Judge Gettleman, with a copy to Judge Denlow, at the close of the six months explaining what changes he has made to improve his docketing and management practices so as to avoid being a no-show in court.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:16

| | Courtroom Deputy Initials: | DK |
|---|---|---|